■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKIE C. COLON-VELAZQUEZ, Appellant. (Appeal No. 1.) [901 NYS2d 895]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, J.), rendered May 16, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Sconiers and Pine, JJ.